(121 So. 923)

**Everett MARTIN et al. v. David D. DAVIS.**
(3 Div. 562.)

Court of Appeals of Alabama. March 26, 1929.

Hybart, Hare & Dickey, of Evergreen, for appellants.

Hamilton & Jones, of Evergreen, for appellee.

RICE, J. Appeal dismissed.

---

(123 So. 926)

**David MARTIN v. STATE.** (6 Div. 632.)

Court of Appeals of Alabama. July 18, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(125 So. 924)

**David MARTIN v. STATE.** (6 Div. 660.)

Court of Appeals of Alabama. Dec. 10, 1929.

BRICKEN, P. J. Appeal dismissed.

---

(128 So. 919)

**Willie MARTIN v. STATE.**
8 Div. 992.

Court of Appeals of Alabama.
June 10, 1930.

BRICKEN, P. J.
Affirmed.

---

(121 So. 924)

**Gabe MASON v. STATE.** (8 Div. 723.)

Court of Appeals of Alabama. March 26, 1929.

Fred Wall, of Athens, for appellant.
Charlie C. McCall, Atty. Gen., for the State

SAMFORD, J. Reversed and remanded.

---

(125 So. 924)

**James MASON (alias Jack Baldwin) v. STATE.**
(6 Div. 758.)

Court of Appeals of Alabama. Dec. 10, 1929.

RICE, J. Affirmed.

---

(125 So. 924)

**James MASON (alias Jack Baldwin) v. STATE.**
(6 Div. 759.)

Court of Appeals of Alabama. Dec. 10, 1929.

BRICKEN, P. J. At the December, 1928, term of the Jefferson circuit court, the grand jury returned an indictment against this appellant, charging him with the offense of forgery in the second degree. At the succeeding February term of said court he was tried and convicted as charged, his punishment being fixed at not less than five years and not more than five years and one month. From the judgment of conviction, pronounced and entered, this appeal was taken. As the record, upon which the appeal is predicated, is regular in all things, and no error being apparent, the judgment of conviction from which the appeal was taken will stand affirmed.

Affirmed.